UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

JUL 1 8 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JON D. FINK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

CASE NO. 04-72921
HON. LAWRENCE P. ZATKOFF

## ORDER

This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation. The Magistrate Judge recommends that Defendant's motion for summary judgment should be granted, the Plaintiff's motion for remand pursuant to sentence four of 42 U.S.C. § 405(g) be denied, and that the decision denying Title II disability benefits be affirmed. On July 8, 2005, Plaintiff filed an objection to the Magistrate's Report and Recommendation.

After a thorough review of the court file, Plaintiff's and Defendant's motions, the Report and Recommendation, and Plaintiff's Objections, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY GRANTS Defendant's Motion for Summary Judgment, DENIES Plaintiff's motion for remand, and AFFIRMS the denial of Plaintiff's Title II disability benefits.

IT IS SO ORDERED.

*/s/ Lawrence P. Zatkoff*
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE